UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN MCDONALD, : | |
|     Petitioner : | CIVIL ACTION NO. 3:13-2957 |
| v. : | (MANNION, D.J.) |
| MARIOSA LAMAS, : | (SCHWAB, M.J.) |
|     Respondent : | |

# O R D E R

In light of the court's memorandum issued this same day, petitioner John McDonald's petition for writ of habeas corpus filed pursuant to 28 U.S.C. §2254, (Doc. 1), is **DISMISSED WITH PREJUDICE**. The report and recommendation of Magistrate Judge Susan E. Schwab, (Doc. 17), is now moot. The Clerk of Court is directed to mark this case closed.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: December 22, 2016**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-2957-01 order.wpd